# EXHIBIT A

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-07-20 18:19:08 EDT |
| **Mark:** | PREVIEW |

# PREVIEW

| | | | |
|---|---|---|---|
| **US Serial Number:** | 75061179 | **Application Filing Date:** | Feb. 22, 1996 |
| **US Registration Number:** | 2203108 | **Registration Date:** | Nov. 10, 1998 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Mar. 31, 2020 | | |

**Publication Date:** Nov. 18, 1997  **Notice of Allowance Date:** Feb. 10, 1998

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | PREVIEW |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S) |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | computer hardware and computer software for providing medical imaging and data visualization of patient-specific anatomical structures, including computer models of such patient-specific anatomical structures and image-rendering software for generating views of such computer models | | |
| **International Class(es):** | 010 - Primary Class | **U.S Class(es):** | 026, 039, 044 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Sep. 1995 | **Use in Commerce:** | Sep. 1995 |
| **For:** | medically-related computer services in the nature of preparing computer models of patient-specific anatomical structures for others, and providing information via on-line services in the field of medical imaging and data visualization of patient-specific anatomical structures | | |
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Sep. 1995 | **Use in Commerce:** | Sep. 1995 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** ASTUTE IMAGING LLC
**Owner Address:** 10123NE 60TH STREET
KIRKLAND, WASHINGTON UNITED STATES 98033
**Legal Entity Type:** LIMITED LIABILITY COMPANY    **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Syed M. Abedi    **Docket Number:** 120317.201
**Attorney Primary Email Address:** USTM.Docketing@SeedIP.com    **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Syed M. Abedi
Seed IP Law Group LLP
701 5th Avenue, Suite 5400
Seattle, WASHINGTON UNITED STATES 98104
**Phone:** 206.622.4900    **Fax:** 206.682.6031
**Correspondent e-mail:** USTM.Docketing@SeedIP.com    **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 19, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 19, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 19, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 19, 2023 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jul. 19, 2023 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| May 31, 2023 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Jun. 14, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Jun. 14, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 14, 2022 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Jun. 14, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 14, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 14, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Apr. 06, 2022 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Mar. 31, 2020 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Mar. 31, 2020 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 59136 |
| Mar. 31, 2020 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 59136 |
| Jun. 26, 2019 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Nov. 16, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 59136 |
| Nov. 09, 2018 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 10, 2017 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| May 12, 2017 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |

| | | |
|---|---|---|
| May 12, 2017 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 12, 2009 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 74886 |
| Feb. 12, 2009 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Nov. 24, 2008 | ASSIGNED TO PARALEGAL | 74886 |
| Nov. 12, 2008 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Nov. 07, 2008 | TEAS SECTION 8 & 9 RECEIVED | |
| Mar. 14, 2007 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| May 31, 2005 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| May 16, 2005 | RESPONSE RECEIVED TO POST REG. ACTION - SEC. 8 & 15 | |
| May 16, 2005 | PAPER RECEIVED | |
| May 12, 2005 | PAPER RECEIVED | |
| Nov. 23, 2004 | POST REGISTRATION ACTION MAILED - SEC. 8 & 15 | |
| Nov. 09, 2004 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Nov. 09, 2004 | TEAS SECTION 8 & 15 RECEIVED | |
| Nov. 10, 1998 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 11, 1998 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Sep. 04, 1998 | ASSIGNED TO EXAMINER | 72146 |
| Aug. 25, 1998 | STATEMENT OF USE PROCESSING COMPLETE | |
| Aug. 25, 1998 | SOU EXTENSION 1 GRANTED | |
| Aug. 10, 1998 | USE AMENDMENT FILED | |
| Aug. 10, 1998 | SOU EXTENSION 1 FILED | |
| Feb. 10, 1998 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Nov. 18, 1997 | PUBLISHED FOR OPPOSITION | |
| Oct. 17, 1997 | NOTICE OF PUBLICATION | |
| Sep. 18, 1997 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 09, 1997 | EXAMINER'S AMENDMENT MAILED | |
| Mar. 07, 1997 | FINAL REFUSAL MAILED | |
| Aug. 01, 1996 | NON-FINAL ACTION MAILED | |
| Jul. 29, 1996 | ASSIGNED TO EXAMINER | 72146 |
| Jul. 26, 1996 | ASSIGNED TO EXAMINER | 67443 |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE            **Date in Location:** Mar. 31, 2020

## Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 7                                                        **Registrant:** Medical Media Systems, Inc.

### Assignment 1 of 7

**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Reel/Frame:** 1767/0538                                                     **Pages:** 30
**Date Recorded:** Jul. 28, 1998
**Supporting Documents:** assignment-tm-1767-0538.pdf

**Assignor**

**Name:** TOMSIE, TALI A.                                                     **Execution Date:** Jun. 17, 1998
**Legal Entity Type:** CHAPTER 7 TRUSTEES OF INTERACT MEDICAL TECHNOLOGIES CORPORATION            **State or Country Where Organized:** No Place Where Organized Found

**Assignee**

**Name:** A-VIEW CORPORATION
**Legal Entity Type:** CORPORATION                                            **State or Country Where Organized:** DELAWARE

| | |
|---|---|
| **Address:** | 79 EAST WILDER ROAD<br>WEST LEBANON, NEW HAMPSHIRE 03774 |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | PANDISCIO & PANDISCIO |
| **Correspondent Address:** | MARK J. PANDISCIO<br>470 TOTTEN POND ROAD<br>WALTHAM, MA 02451 |

**Domestic Representative - Not Found**

## Assignment 2 of 7

| | | | |
|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST | | |
| **Reel/Frame:** | 2401/0005 | **Pages:** | 3 |
| **Date Recorded:** | Nov. 29, 2001 | | |
| **Supporting Documents:** | assignment-tm-2401-0005.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | MEDICAL MEDIA SYSTEMS, INC. | **Execution Date:** | Oct. 18, 2001 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | STATELESS |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | LEDYARD NATIONAL BANK | | |
| **Legal Entity Type:** | NATIONAL BANK | **State or Country Where Organized:** | No Place Where Organized Found |
| **Address:** | COMMERCIAL LENDING 38 SOUTH MAIN STREET<br>HANOVER, NEW HAMPSHIRE 03755 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | COMMERCIAL LENDING LEDYARD NATIONAL BANK |
| **Correspondent Address:** | DANIEL C. YATES<br>38 SOUTH MAIN STREET<br>HANOVER, NH 03755 |

**Domestic Representative - Not Found**

## Assignment 3 of 7

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF NAME | | |
| **Reel/Frame:** | 3884/0282 | **Pages:** | 5 |
| **Date Recorded:** | Nov. 07, 2008 | | |
| **Supporting Documents:** | assignment-tm-3884-0282.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | MEDICAL METRX SOLUTIONS, INC. | **Execution Date:** | Jul. 26, 2006 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | M2S, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 12 COMMERCE AVENUE<br>WEST LEBANON, NEW HAMPSHIRE 03784 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | MARK J. PANDISCIO |
| **Correspondent Address:** | 470 TOTTEN POND ROAD<br>WALTHAM, MA 02451 |

**Domestic Representative - Not Found**

## Assignment 4 of 7

**Conveyance:** CHANGE OF NAME
**Reel/Frame:** 3497/0921
**Pages:** 2
**Date Recorded:** Mar. 06, 2007
**Supporting Documents:** assignment-tm-3497-0921.pdf

### Assignor

**Name:** M2S, INC.
**Legal Entity Type:** CORPORATION
**Execution Date:** Mar. 01, 2007
**State or Country Where Organized:** DELAWARE

### Assignee

**Name:** LEDYARD NATIONAL BANK
**Legal Entity Type:** NATIONAL BANK
**State or Country Where Organized:** No Place Where Organized Found
**Address:** 38 SOUTH MAIN ST.
COMMERCIAL LENDING
HANOVER, NEW HAMPSHIRE 03755

### Correspondent

**Correspondent Name:** MICHAEL SANDOE
**Correspondent Address:** COMMERCIAL LENDING
LEDYARD NATIONAL BANK
38 SOUTH MAIN ST.
HANOVER, NH 03755

**Domestic Representative - Not Found**

## Assignment 5 of 7

**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Reel/Frame:** 6671/0542
**Pages:** 3
**Date Recorded:** Jun. 17, 2019
**Supporting Documents:** assignment-tm-6671-0542.pdf

### Assignor

**Name:** LEDYARD NATIONAL BANK
**Legal Entity Type:** NATIONAL BANK
**Execution Date:** Jun. 17, 2019
**State or Country Where Organized:** UNITED STATES

### Assignee

**Name:** M2S, INC.
**Legal Entity Type:** CORPORATION
**State or Country Where Organized:** DELAWARE
**Address:** 12 COMMERCE AVE.
WEST LEBANON, NEW HAMPSHIRE 03784

### Correspondent

**Correspondent Name:** HAN SANTOS, PLLC
**Correspondent Address:** 500 UNION ST., STE 800
SEATTLE, WA 98101

**Domestic Representative - Not Found**

## Assignment 6 of 7

**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Reel/Frame:** 7655/0103
**Pages:** 8
**Date Recorded:** Mar. 09, 2022
**Supporting Documents:** assignment-tm-7655-0103.pdf

### Assignor

**Name:** M2S, INC.
**Legal Entity Type:** CORPORATION
**Execution Date:** Aug. 06, 2021
**State or Country:** DELAWARE

|  |  |
|---|---|
|  | **Where Organized:** |

### Assignee

| | |
|---|---|
| **Name:** | ASTUTE IMAGING LLC |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |
| **Address:** | 10123NE 60TH STREET<br>KIRKLAND, WASHINGTON 98033 |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | HAN SANTOS |
| **Correspondent Address:** | 5<br>SEATTLE, WA 98101 |

**Domestic Representative - Not Found**

## Assignment 7 of 7

| | |
|---|---|
| **Conveyance:** | CORRECTIVE ASSIGNMENT TO CORRECT THE CORRESPONDENCE DATA PREVIOUSLY RECORDED AT REEL: 007655 FRAME: 0103. ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL. |
| **Reel/Frame:** | 8082/0491 |
| **Pages:** | 10 |
| **Date Recorded:** | May 24, 2023 |
| **Supporting Documents:** | assignment-tm-8082-0491.pdf |

### Assignor

| | |
|---|---|
| **Name:** | M2S, INC. |
| **Execution Date:** | Aug. 06, 2021 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

### Assignee

| | |
|---|---|
| **Name:** | ASTUTE IMAGING LLC |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |
| **Address:** | 10123 NE 60TH STREET<br>KIRKLAND, WASHINGTON 98033 |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | DOCKETING |
| **Correspondent Address:** | 500 UNION ST.<br>SUITE 800<br>SEATTLE, WA 98101 |

**Domestic Representative - Not Found**