# EXHIBIT B

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-07-20 18:19:48 EDT |
| **Mark:** | PREVIEW |

# PREVIEW

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97643213 | **Application Filing Date:** | Oct. 21, 2022 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/APPLICATION/Under Examination<br><br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner. |
| **Status:** | Review prior to publication completed. | | |
| **Status Date:** | Jul. 05, 2023 | | |
| **Publication Date:** | Aug. 08, 2023 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | PREVIEW |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 2203108 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Downloadable computer software for presenting images, 3D rendered models, and medical animations; Downloadable computer software for pre-surgery planning using 3D rendered images and models; Downloadable computer software for the visualization, analysis, and simulation of anatomical structures; Downloadable computer software for gathering data regarding anatomical structures and for the rendering of related 3D computer models | | |
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Sep. 1995 | **Use in Commerce:** | Sep. 1995 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Astute Imaging LLC
**Owner Address:** 218 Main St #790
Kirkland, WASHINGTON UNITED STATES 98033
**Legal Entity Type:** LIMITED LIABILITY COMPANY
**State or Country Where Organized:** WASHINGTON

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Syed M. Abedi
**Docket Number:** 120317.204
**Attorney Primary Email Address:** USTM.Docketing@SeedIP.com
**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Syed M. Abedi
Seed IP Law Group LLP
701 5th Avenue, Suite 5400
Seattle, WASHINGTON UNITED STATES 98104
**Phone:** 206.622.4900
**Fax:** 206.682.6031
**Correspondent e-mail:** USTM.Docketing@SeedIP.com
**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 20, 2023 | TEAS POST PUBLICATION AMENDMENT RECEIVED | 1111 |
| Jul. 19, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 19, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 19, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 19, 2023 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jul. 19, 2023 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jul. 19, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 05, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 31, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | 96463 |
| May 31, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 96463 |
| May 31, 2023 | ASSIGNED TO LIE | 96463 |
| Feb. 15, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Feb. 14, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Feb. 14, 2023 | NON-FINAL ACTION E-MAILED | |
| Feb. 14, 2023 | NON-FINAL ACTION WRITTEN | 93002 |
| Feb. 07, 2023 | ASSIGNED TO EXAMINER | 93002 |
| Nov. 06, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Oct. 25, 2022 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** SIRIGNANO, EMMA MARIE
**Law Office Assigned:** LAW OFFICE 113

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION       **Date in Location:** Jul. 05, 2023