IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ASTUTE IMAGING, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SHOULDER INNOVATIONS, INC., a Delaware corporation; GENESIS INNOVATION GROUP, LLC, a Delaware limited liability company; and GENESIS SOFTWARE INNOVATION, LLC, a Michigan limited liability company,<br><br>Defendants. | Case No. 2:23-cv-01097-JNW<br><br>**PLAINTIFF ASTUTE IMAGING, LLC'S CORPORATE DISCLOSURE STATEMENT** |

Plaintiff Astute Imaging, LLC by and through its counsel submits its L.C. Rule 7.1 Corporate Disclosure Statement as follows:

Astute Imaging, LLC does not have a parent corporation and there is no publicly held corporation owning ten percent or more of its stock.

The members of Astute Imaging, LLC are (i) Wael Elseaidy, a resident of Washington State; (ii) Evert de Vries, a resident of Washington State; and (iii) Ahmed M. Ehab Mahmoud, a resident of Egypt.

DATED: July 25, 2023         SEED IP LAW GROUP LLP

　　　　　　　　　　　　　　　　 /s/Syed M. Abedi
　　　　　　　　　　　　　　　　Syed M. Abedi, WSBA No. 46106
　　　　　　　　　　　　　　　　701 Fifth Avenue, Suite 5400
　　　　　　　　　　　　　　　　Seattle, Washington 98104
　　　　　　　　　　　　　　　　Phone: 206.622.4900
　　　　　　　　　　　　　　　　syeda@seedip.com

CORPORATE DISCLOSURE STATEMENT……1

BAILEY DUQUETTE P.C.
Hozaifa Y. Cassubhai, WSBA No. 39512
William R. Burnside, WSBA No. 36002
500 Union Street, Suite 800
Seattle, Washington 98101
Phone: 206.225.2250
hozaifa@baileyduquette.com
will@baileyduquette.com

*Attorneys for Plaintiff Astute Imaging, LLC*