UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASTUTE IMAGING, LLC, a Delaware limited liability company,<br><br>                Plaintiff,<br><br>   v.<br><br>SHOULDER INNOVATIONS, INC., a Delaware corporation; GENESIS INNOVATION GROUP, LLC, a Delaware limited liability company; and GENESIS SOFTWARE INNOVATION, LLC, a Michigan limited liability company,<br><br>                Defendants. | Case No.: 2:23-cv-1097 JNW<br><br>NOTICE OF APPEARANCE OF WILLIAM R. BURNSIDE ON BEHALF OF ASTUTE IMAGING, LLC |

TO:        The Clerk of the Court;

AND TO:    All Counsel of Record.

     PLEASE TAKE NOTICE that William R. Burnside of Bailey Duquette P.C. hereby enters his appearance in this matter as counsel to Plaintiff Astute Imaging, LLC.

     All future notices and pleadings directed to Plaintiff should be served upon him at the address of counsel below.

NOTICE OF APPEARANCE OF WILLIAM R. BURNSIDE ON BEHALF OF ASTUTE IMAGING, LLC - 1

BAILEY DUQUETTE
500 UNION STREET, SUITE 800
SEATTLE, WASHINGTON 98101
T 206.225.2250 | F 888.233.5869

1  Dated this 26th day of July, 2023

**BAILEY DUQUETTE P.C.**

By */s/ William R. Burnside*
    William R. Burnside, WSBA #36002
    500 Union Street, Suite 800
    Seattle, Washington 98101
    Phone: 206.353.8021
    Facsimile: 888.233.5869
    Email: will@baileyduquette.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2023, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

Dated this July 26, 2023 at Seattle, Washington.

*/s/ William Burnside*
William Burnside

NOTICE OF APPEARANCE OF WILLIAM R. BURNSIDE ON BEHALF OF ASTUTE IMAGING, LLC - 3

BAILEY DUQUETTE
500 UNION STREET, SUITE 800
SEATTLE, WASHINGTON 98101
T 206.225.2250 | F 888.233.5869