The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASTUTE IMAGING LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> SHOULDER INNOVATIONS INC., a Delaware corporation; GENESIS INNOVATION GROUP, LLC, a Delaware limited liability company; and GENESIS SOFTWARE INNOVATION, LLC, a Michigan limited liability company, <br><br> Defendants. | NO. 2:23-CV-01097-MJP <br><br> NOTICE OF APPEARANCE <br><br><br> *Clerk's Action Required* |

TO:        THE CLERK OF THE COURT
AND TO:   HOZAIFA Y. CASSUBHAI, WILLIAM R. BURNSIDE, and SYED M. ABEDI, Attorneys for Plaintiff

PLEASE TAKE NOTICE that Abigail St. Hilaire of Ellis, Li & McKinstry PLLC appears to represent Defendants Shoulder Innovations, Inc., Genesis Innovation Group, LLC, and Genesis Software Innovation, LLC in this action without waiving any rights or affirmative defenses, including this Court's lack of personal jurisdiction

over the Defendants, and requests that all further papers and pleadings herein, except original process, be served at the address stated below.

DATED this October 3, 2023

                              ELLIS, LI & McKINSTRY PLLC

By:  *s/Abigail St.Hilaire*
     Abigail St. Hilaire, WSBA No. 48194
     1700 Seventh Avenue, Suite 1810
     Seattle, WA 98101-1820
     Telephone: (206) 682-0565
     Fax: (206) 625-1052
     Email: astihilaire@elmlaw.com
     *Attorneys for Defendants*