The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASTUTE IMAGING LLC, a Delaware limited liability company, | NO. 2:23-CV-01097-MJP |
| Plaintiff, | NOTICE OF APPEARANCE |
| vs. | |
| SHOULDER INNOVATIONS INC., a Delaware corporation; GENESIS INNOVATION GROUP, LLC, a Delaware limited liability company; and GENESIS SOFTWARE INNOVATION, LLC, a Michigan limited liability company, | *Clerk's Action Required* |
| Defendants. | |

TO:             THE CLERK OF THE COURT
AND TO:    HOZAIFA Y. CASSUBHAI, WILLIAM R. BURNSIDE, and SYED M. ABEDI, Attorneys for Plaintiff

PLEASE TAKE NOTICE that Nathaniel L Taylor of Ellis, Li & McKinstry PLLC appears to represent Defendants Shoulder Innovations, Inc., Genesis Innovation Group, LLC, and Genesis Software Innovation, LLC in this action without waiving any rights or affirmative defenses, including this Court's lack of personal

jurisdiction over the Defendants, and requests that all further papers and pleadings herein, except original process, be served at the address stated below.

DATED this October 3, 2023

ELLIS, LI & McKINSTRY PLLC

By: *s/Nathaniel L. Taylor*
Nathaniel L. Taylor, WSBA No. 27174
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
Telephone: (206) 682-0565
Fax: (206) 625-1052
Email: ntaylor@elmlaw.com
*Attorneys for Defendants*