The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASTUTE IMAGING LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SHOULDER INNOVATIONS INC., a Delaware corporation; GENESIS INNOVATION GROUP, LLC, a Delaware limited liability company; and GENESIS SOFTWARE INNOVATION, LLC, a Michigan limited liability company,<br><br>Defendants. | NO. 2:23-cv-01097-MJP<br><br>DEFENDANT GENESIS SOFTWARE INNOVATION, LLC'S CORPORATE DISCLOSURE STATEMENT |

Defendant Genesis Software Innovation, LLC makes the following disclosures pursuant to Fed. R. Civ. P. 7.1 and Local Rules W.D. Wash. LCR 7.1:

Genesis Software Innovation, LLC does not have a parent corporation and there is no publicly held corporation owning more than ten percent of its stock.

The members of Genesis Software Innovation, LLC are Genesis Investment Holdings, LLC, a Michigan limited liability company, and Cultivate (MD) Capital Fund II, LP, a Delaware limited partnership.

///
///
///

DEFENDANT GENESIS SOFTWARE INNOVATION, LLC'S CORPORATE DISCLOSURE STATEMENT
CASE NO. 2:23-CV-01097-MJP

Page 1

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

DATED this October 5, 2023

ELLIS, LI & McKINSTRY PLLC

By: *s/ Nathaniel L. Taylor*
Nathaniel L. Taylor, WSBA No. 27141
Abigail St. Hilaire, WSBA No. 48194
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
Phone: (206) 682-0565
Fax: (206) 625-1052
Email: ntaylor@elmlaw.com
asthilaire@elmlaw.com

Anthony J. Biller (*pro hac vice* pending)
Envisage Law Partnership
2601 Oberlin Road, Suite 100
Raleigh, NC 27608
Phone: (984) 344-9191
Email: ajbiller@envisage.law

*Attorneys for Genesis Software Innovation, LLC*

DEFENDANT GENESIS SOFTWARE INNOVATION, LLC'S CORPORATE DISCLOSURE STATEMENT
CASE NO. 2:23-CV-01097-MJP

Page 2

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052