The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASTUTE IMAGING LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>vs.<br><br>SHOULDER INNOVATIONS INC., a Delaware corporation; GENESIS INNOVATION GROUP, LLC, a Delaware limited liability company; and GENESIS SOFTWARE INNOVATION, LLC, a Michigan limited liability company,<br><br>          Defendants. | NO. 2:23-cv-01097-MJP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE** |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

Having considered Defendants Shoulder Innovations Inc. ("SI"), Genesis Innovation Group, LLC ("GIG") and Genesis Software Innovation, LLC's ("GSI's") (collectively, "Defendants") Motion to Dismiss Astute Imaging LLC's ("Astute's") Complaint, Plaintiff Astute's opposition, Defendants' reply, and the supporting materials, this Court rules as follows:

It is ORDERED that Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue is GRANTED in its entirety. This forum cannot exercise personal

PROPOSED ORDER -- DEFENDANTS'  Page 1
MOTION TO DISMISS UNDER FRCP
12(B)(2), 12(B)(3)
CASE NO. 2:23-cv-01097-MJP

Envisage Law
2601 Oberlin Road Suite 100
Raleigh, NC 27608
919.755.1317 Fax:
919.977.5153

jurisdiction over SI, GIG, or GSI because these companies do not have the requisite minimum contacts with the state of Washington and venue is improper because a substantial part of the events or omissions giving rise to this action did not occur in this district. The Court hereby GRANTS Defendants' motion to dismiss.

**IT IS SO ORDERED.**

Dated: This ____ day of _____, _____.

_____
The Honorable Marsha J. Pechman
United States District Court Judge

Presented by:

ELLIS, LI & McKINSTRY PLLC

By:   *s/Nathaniel L. Taylor*
_____
Nathaniel L. Taylor, WSBA No. 27141
Abigail St. Hilaire, WSBA No. 48194
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
Phone: (206) 682-0565
Fax: (206) 625-1052
Email: ntaylor@elmlaw.com
       asthilaire@elmlaw.com

By:   *s/Anthony J. Biller*
_____
Anthony J. Biller (*pro hac vice*)
Envisage Law Partnership
2601 Oberlin Road, Suite 100
Raleigh, NC 27608
Phone: (984) 344-9191
Email: ajbiller@envisage.law

*Attorneys for Genesis Software Innovation, LLC, Senesis Innovation Group, LLC, and Shoulder Innovations, Inc.*

PROPOSED ORDER -- DEFENDANTS' MOTION TO DISMISS UNDER FRCP 12(B)(2), 12(B)(3)
CASE NO. 2:23-cv-01097-MJP

Page 2

Envisage Law
2601 Oberlin Road Suite 100
Raleigh, NC 27608
919.755.1317 Fax: 919.977.5153