The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASTUTE IMAGING LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SHOULDER INNOVATIONS INC., a Delaware corporation; GENESIS INNOVATION GROUP, LLC, a Delaware limited liability company; and GENESIS SOFTWARE INNOVATION, LLC, a Michigan limited liability company,<br><br>Defendants. | NO. 2:23-cv-01097-MJP<br><br>DECLARATION OF ROBERT BALL, SHOULDER INNOVATIONS INC., IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER FRCP 12(b)(2), 12(b)(3), 12(b)(6) |

Robert Ball declares:

1. I, Robert Ball, am the Chief Executive Officer and Executive Chairman of Shoulder Innovations, Inc. ("SI"), one of the defendants in the above-captioned matter. I have personal knowledge of the facts stated in this declaration and am competent to testify to those facts.

2. Shoulder Innovations, Inc. is corporation incorporated under the laws of the state of Delaware, with a principal place of business and corporate headquarters located in Grand Rapids, Michigan. SI is a medical device development company that designs and commercializes innovative products, focusing on surgical shoulder replacement systems.

3. SI has no business operations, offices, retail outlets, or comparable facilities in the state of Washington. It has no physical presence in the state of Washington. It is not registered

DECLARATION OF ROBERT BALL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER FRCP 12(B)(2) CASE NO. 2:23-CV-01097-MJP

Page 1

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

or otherwise qualified to conduct business in the state of Washington, has no registered agents, employees, representatives, or independent contractors residing or domiciled in the state of Washington; nor has SI contracted with persons residing in the state of Washington to act on its behalf with respect to marketing, distributing, or servicing any of SI's services or products.

4.   SI does not have any subsidiaries incorporated or otherwise qualified to do business in the state of Washington.

5.   SI does not maintain any physical presence, tangible, personal, or real property or assets in the state of Washington. It does not have telephone listings, mailing addresses or bank accounts in the state of Washington.

6.   SI sells various innovative, medical device products including its InSet Total Shoulder System, which is designed for Anatomic Shoulder Arthroplasty. PreView Shoulder is an optional software product which assists surgeons in planning and navigating the surgical procedures to be performed. SI does not charge for use of the PreView software and does not receive any increase in pricing on any other products because of its use. Access to the software is SI branded, but is hosted and managed via Genesis Software Innovations, LLC's ("GSI") infrastructure.

7.   From the time period of September 2020 to August 2023, SI sold its goods, products, or services to only three customers in the state of Washington. These sales did not include the use of SI's PreView Shoulder system. These sales accounted for 0.10% of SI's total revenue during this time period. No customer or client has downloaded or otherwise used SI's PreView Shoulder system in the state of Washington.

DECLARATION OF ROBERT BALL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER FRCP 12(B)(2)
CASE NO. 2:23-CV-01097-MJP

Page 2

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

8. No meetings of SI's clinical, leadership, or management team or Board of Directors have occurred in the state of Washington and none of its officers has attended business conferences or conducted business on SI's behalf within the state of Washington.

9. SI does not direct any of its advertising specifically towards the state of Washington or its residents, nor does it advertise in any publications or solicit sales that are directed primarily towards the state of Washington or its residents.

10. The only contact that SI has with the state of Washington is that it maintains an internet website, https://shoulderinnovations.com/. No sales or transactions have been consummated via this website.

11. The acts or omissions for which SI is sought to be held liable in this action all occurred outside the state of Washington.

12. Having to defend this action in the state of Washington would be burdensome to SI because all of SI's officers and executive level management reside outside the state of Washington. The records, documents, books, records, and any witnesses pertaining to this matter are also located outside the state of Washington.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 10/16/2023 at Fountain Hills, AZ.

/s/ [signature]

DECLARATION OF ROBERT BALL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER FRCP 12(B)(2)
CASE NO. 2:23-CV-01097-MJP

Page 3

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052