The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASTUTE IMAGING LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SHOULDER INNOVATIONS INC., a Delaware corporation; GENESIS INNOVATION GROUP, LLC, a Delaware limited liability company; and GENESIS SOFTWARE INNOVATION, LLC, a Michigan limited liability company,<br><br>Defendants. | NO. 2:23-cv-01097-MJP<br><br>DECLARATION OF R. SEAN CHURCHILL, GENESIS INNOVATION GROUP LLC,, IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER FRCP 12(b)(2), 12(b)(3), and 12(b)(6) |

R. Sean Churchill declares:

1. I have personal knowledge of the facts stated in this declaration and am competent to testify to those facts.

2. I am the Executive Director of Genesis Innovation Group, LLC. ("GIG"), a defendant in the above-captioned matter.

3. GIG is a limited liability company formed under the laws of the state of Delaware. It has a principal place of business in Grand Rapids, Michigan. GIG was formed as an early-stage investor in medical device technology. It has been qualified to do business in the State of Michigan since November 20, 2015.

DECLARATION OF R SEAN CHURCHILL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER FRCP 12(B)(2) CASE NO. 2:23-CV-01097-MJP

Page 1

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

4.      GIG has no business operations, offices, retail outlets, or comparable facilities in the state of Washington. It is not registered or otherwise qualified to conduct business in the state of Washington, has no registered agents, employees, representatives, or independent contractors residing or domiciled in the state of Washington; nor has GIG contracted with persons residing in the State of Washington to act on its behalf.

5.      GIG does not have any subsidiaries incorporated or otherwise qualified to do business in the state of Washington.

6.      GIG had been an investor in Genesis Software Innovations LLC ("GSI"), a co-defendant in the above-captioned matter. GIG is a separate and distinct business entity from GSI and no longer has any ownership, shares, or financial interest in GSI.

7.      GIG has not and does not market or sell for GSI and has not made use of the word PREVIEW to market or sell anything.

8.      GIG does not maintain any physical presence, tangible, personal, or real property or assets in the state of Washington. It does not have telephone listings, mailing addresses or bank accounts in the state of Washington.

9.      GIG has no clients or customers, nor has GIG executed any sales in the state of Washington, nor has GIG sold any goods, products, or services in the state of Washington.

10.     No meetings of GIG's members, managers, or directors have been in the state of Washington and none of its members, managers, or directors has attended business conferences or conducted business on GIG's behalf within the state of Washington.

11.     GIG does not direct any of its advertising specifically towards the state of Washington or its residents, nor does it advertise in any publications or solicit business or sales that are directed primarily towards the state of Washington or its residents.

DECLARATION OF R SEAN CHURCHILL
IN SUPPORT OF DEFENDANTS' MOTION
TO DISMISS UNDER FRCP 12(B)(2)
CASE NO. 2:23-CV-01097-MJP

Page 2

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

12. GIG maintains an internet website, https://genesisinnovationgroup.com/. No sales or transactions are consummated via this website.

13. On its website, GIG reposts news or press releases concerning companies in which it invests.  In 2021, GIG reposted press releases from Shoulder Innovations, Inc. ("SI") and GSI regarding receipt of FDA clearance for its PREVIEW system.  In 2022, GIG posted a video replay of SI's presentation at the 2022 LSI Emerging Medtech Summit, which included a PREVIEW overview.

14.  GIG does not believe it has made any trademark use of the word PREVIEW and is not aware of any acts or omissions for which GIG is sought to be held liable that occurred in the state of Washington.

15. Having to defend this action in the state of Washington would be burdensome to GIG because all of GIG's witnesses, directors, managers, and members reside outside the state of Washington. The records, documents, books, and records pertaining to this matter are also located outside the state of Washington.

I declare under the penalty of perjury that the foregoing is true and correct.


Executed on:  ___October 12, 2023_____ at __Littleton, CO_____.



/s/ _____

DECLARATION OF R SEAN CHURCHILL
IN SUPPORT OF DEFENDANTS' MOTION
TO DISMISS UNDER FRCP 12(B)(2)
CASE NO. 2:23-CV-01097-MJP

Page 3

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052