TRANSOUT,JURYDEMAND

# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CIVIL DOCKET FOR CASE #: 2:23−cv−01097−MJP

| | |
|---|---|
| Astute Imaging LLC v. Shoulder Innovations Inc et al | Date Filed: 07/20/2023 |
| Assigned to: Judge Marsha J. Pechman | Date Terminated: 11/14/2023 |
| Cause: 15:1114 Trademark Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Astute Imaging LLC**  represented by  **Hozaifa Y Cassubhai**
*a Delaware limited liability company*                      BAILEY DUQUETTE PC
500 UNION STREET, STE 800
Suite 800
SEATTLE, WA 98101
206−225−2250
Fax: 866−233−5869
Email: hozaifa@baileyduquette.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Syed M Abedi**
SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE
STE 5400
SEATTLE, WA 98104−7092
206−622−4900
Email: SyedA@seedip.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Burnside**
BAILEY DUQUETTE PC
500 UNION ST
STE 800
SEATTLE, WA 98101
206−353−8021
Email: will@baileyduquette.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Shoulder Innovations Inc**  represented by  **Anthony J Biller**
*a Delaware corporation*                      ENVISAGE LAW PARTNERSHIP
2601 OBERLIN RD
STE 100
RALEIGH, NC 27608
984−344−9191

        Email: ajbiller@envisage.law
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Abigail Jane St Hilaire**
ELLIS LI & MCKINSTRY
1700 SEVENTH AVE STE 1810
SEATTLE, WA 98101−1820
206−682−0565
Email: asthilaire@elmlaw.com
*ATTORNEY TO BE NOTICED*

**Nathaniel L Taylor**
ELLIS LI & MCKINSTRY
1700 SEVENTH AVE STE 1810
SEATTLE, WA 98101−1820
206−682−0565
Email: ntaylor@elmlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Genesis Innovation Group LLC**
*a Delaware limited liability company*

represented by **Anthony J Biller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Abigail Jane St Hilaire**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nathaniel L Taylor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Genesis Software Innovation LLC**
*a Michaigan limited liability company*

represented by **Anthony J Biller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Abigail Jane St Hilaire**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nathaniel L Taylor**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| 07/20/2023 | 1 | COMPLAINT *for Trademark Infringement* against All Defendants with JURY DEMAND (Receipt # BWAWDC–8095507) filed by Astute Imaging LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet, # 4 Summons Shoulder Innovations, # 5 Summons Genesis Innovation Group, # 6 Summons Genesis Software Innovation, # 7 Report on Patents and Trademarks (AO Form 120))(Abedi, Syed) (Entered: 07/20/2023) |
|---|---|---|
| 07/21/2023 | 2 | **Notice of Filing Deficiency \*\*\*Action Required\*\*\***<br>Improper Signature – Secondary Attorney(s).<br>See attached letter for more information and instructions. cc Attorney William R. Burnside (MG) (Entered: 07/21/2023) |
| 07/21/2023 |  | NOTICE: Pursuant to Fed.R.Civ.P 7.1(a)(1), Plaintiff(s) must file a Corporate Disclosure Statement by 7/28/2023. If applicable, a Diversity Disclosure Statement may be required pursuant to Fed.R.Civ.P 7.1(a)(2). In order to properly notify the Court, use the event **Corporate/Diversity Disclosure Statement** located in CM/ECF under Other Filings, Other Documents. (MG) (Entered: 07/21/2023) |
| 07/21/2023 |  | Judge Jamal N Whitehead added. (MG) (Entered: 07/21/2023) |
| 07/21/2023 | 3 | REPORT on the filing or determination of an action. Emailed to the US Patent Office (MG) (Entered: 07/21/2023) |
| 07/21/2023 | 4 | Summons(es) Electronically Issued as to defendant(s) Genesis Innovation Group LLC, Genesis Software Innovations LLC, Shoulder Innovations Inc. (Attachments: # 1 Summons, # 2 Summons) (MG) (Entered: 07/21/2023) |
| 07/25/2023 | 5 | CORPORATE AND DIVERSITY DISCLOSURE STATEMENT indicating no Corporate Parents and/or Affiliates. Filed pursuant to Fed.R.Civ.P 7.1(a)(1) and (2). Filed by Astute Imaging LLC. (Abedi, Syed) (Entered: 07/25/2023) |
| 07/26/2023 | 6 | NOTICE of Appearance by attorney William Burnside on behalf of Plaintiff Astute Imaging LLC. (Burnside, William) (Entered: 07/26/2023) |
| 08/21/2023 | 7 | ORDER REGARDING INITIAL DISCLOSURES AND JOINT STATUS REPORT FRCP 26(f) Conference Deadline is 9/11/2023, Initial Disclosure Deadline is 9/25/2023, Joint Status Report due by 10/2/2023. Signed by Judge Jamal N Whitehead. (GC) (Entered: 08/21/2023) |
| 09/01/2023 |  | Case Reassigned to Judge Marsha J. Pechman. Judge Jamal N Whitehead no longer assigned to the case. (DS) (Entered: 09/01/2023) |
| 09/11/2023 | 8 | WAIVER OF SERVICE of Summons upon defendant All Defendants (Abedi, Syed) (Entered: 09/11/2023) |
| 09/12/2023 |  | Reset Deadlines: FRCP 26(f) Conference Deadline is 10/9/2023. (GC) (Entered: 09/12/2023) |
| 10/03/2023 | 9 | NOTICE of Appearance by attorney Abigail Jane St Hilaire on behalf of Defendants Genesis Innovation Group LLC, Genesis Software Innovation LLC, Shoulder Innovations Inc. (St Hilaire, Abigail) (Entered: 10/03/2023) |
| 10/03/2023 | 10 | APPLICATION OF ATTORNEY Anthony J. Biller FOR LEAVE TO APPEAR PRO HAC VICE for Defendants Genesis Innovation Group LLC, Genesis Software Innovation LLC, Shoulder Innovations Inc (Fee Paid) Receipt No. AWAWDC–8187688 (St Hilaire, Abigail) (Entered: 10/03/2023) |
| 10/03/2023 | 11 | NOTICE of Appearance by attorney Nathaniel L Taylor on behalf of Defendants Genesis Innovation Group LLC, Genesis Software Innovation LLC, Shoulder Innovations Inc. (Taylor, Nathaniel) (Entered: 10/03/2023) |

| | | |
|---|---|---|
| 10/05/2023 | 12 | CORPORATE DISCLOSURE STATEMENT indicating no Corporate Parents and/or Affiliates. Filed pursuant to Fed.R.Civ.P 7.1(a)(1). Filed by Shoulder Innovations Inc. (Taylor, Nathaniel) (Entered: 10/05/2023) |
| 10/05/2023 | 13 | CORPORATE DISCLOSURE STATEMENT identifying Other Affiliate Robert Ball, Other Affiliate Don Running, Other Affiliate Jeff Ondrla for Genesis Innovation Group LLC. Filed pursuant to Fed.R.Civ.P 7.1(a)(1). Filed by Genesis Innovation Group LLC. (Taylor, Nathaniel) (Entered: 10/05/2023) |
| 10/05/2023 | 14 | CORPORATE DISCLOSURE STATEMENT identifying Other Affiliate Genesis Investment Holdings, LLC, Other Affiliate Cultivate (MD) Capital Fund II, LP for Genesis Software Innovation LLC. Filed pursuant to Fed.R.Civ.P 7.1(a)(1). Filed by Genesis Software Innovation LLC. (Taylor, Nathaniel) (Entered: 10/05/2023) |
| 10/06/2023 | 15 | ORDER re 10 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Anthony J Biller for Defendants Genesis Innovation Group LLC, Genesis Software Innovation LLC, and Shoulder Innovations Inc by Clerk Ravi Subramanian. No document associated with this docket entry, text only. *NOTE TO COUNSEL: Local counsel agrees to **sign all filings** and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).* (JWC) (Entered: 10/06/2023) |
| 10/20/2023 | 16 | MOTION to Dismiss *for Lack of Personal Jurisdiction*, filed by All Defendants. (Attachments: # 1 Proposed Order) Noting Date 11/17/2023, (Taylor, Nathaniel) (Entered: 10/20/2023) |
| 10/20/2023 | 17 | DECLARATION of Robert Ball filed by All Defendants re 16 MOTION to Dismiss *for Lack of Personal Jurisdiction* (Taylor, Nathaniel) (Entered: 10/20/2023) |
| 10/20/2023 | 18 | DECLARATION of R. Sean Churchill filed by All Defendants re 16 MOTION to Dismiss *for Lack of Personal Jurisdiction* (Taylor, Nathaniel) (Entered: 10/20/2023) |
| 10/20/2023 | 19 | DECLARATION of Nathan Estruth filed by All Defendants re 16 MOTION to Dismiss *for Lack of Personal Jurisdiction* (Taylor, Nathaniel) (Entered: 10/20/2023) |
| 10/25/2023 | 20 | ORDER REGARDING INITIAL DISCLOSURES AND JOINT STATUS REPORT Joint Status Report due by 12/6/2023, FRCP 26(f) Conference Deadline is 11/22/2023, Initial Disclosure Deadline is 11/29/2023. Signed by Judge Marsha J. Pechman. (GC) (Entered: 10/25/2023) |
| 11/13/2023 | 21 | Stipulated MOTION *and Proposed Order Transferring Matter to the Western District of Michigan and Denying Defendants' Motion to Dismiss as Moot*, filed by Plaintiff Astute Imaging LLC. Noting Date 11/13/2023, (Cassubhai, Hozaifa) (Entered: 11/13/2023) |
| 11/14/2023 | 22 | ORDER granting Parties' 21 Stipulated MOTION. The Clerk shall transfer this matter to the Southern Division of the Western District of Michigan. Plaintiff is GRANTED leave to amend the complaint and shall file an amended complaint, if any, no later than 11/27/2023. Defendants shall respond and/or answer the operative complaint no later than 12/18/2023. Defendants' motion to dismiss (Dkt. 16 ) is DENIED as moot. Signed by Judge Marsha J. Pechman. (KRA) (Entered: 11/14/2023) |
| 11/14/2023 |  | Case transferred to the District of Western District of Michigan by electronic case transfer on 11/14/2023. (KRA) (Entered: 11/14/2023) |