UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASTUTE IMAGING, LLC,

          Plaintiff,                       Case No. 1:23–cv–01209–JMB–PJG

        v.                             Hon. Jane M. Beckering

SHOULDER INNOVATION, INC., et al.,

          Defendants.

_____/

## NOTICE OF RECEIPT OF CASE

       NOTICE is hereby given that this case has been transferred from Washington Western, former case number 2:23–cv–01097, and filed in this court on November 15, 2023.   It has been assigned the case number and judge set forth above.

                                   CLERK OF COURT

Dated:  November 15, 2023     By:  _/s/ M. Garcia_____
                                    Deputy Clerk