1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

ASTUTE IMAGING, LLC, a Delaware limited
liability company,

10

Plaintiff,

11

v.

12

SHOULDER INNOVATIONS, INC., a
Delaware corporation; GENESIS
INNOVATION GROUP, LLC, a Delaware
limited liability company; and GENESIS
SOFTWARE INNOVATION, LLC, a Michigan
limited liability company,

13
14
15
16

Defendants.

Case No. 2:23-cv-1097

COMPLAINT FOR WILLFUL
TRADEMARK INFRINGEMENT,
UNFAIR COMPETITION, AND
UNFAIR BUSINESS PRACTICES

**DEMAND FOR JURY**

17
18

Plaintiff ASTUTE IMAGING LLC, by and through its undersigned attorneys, alleges

19

as follow:

20

## I.  INTRODUCTION

21

1.      This is an action by ASTUTE IMAGING LLC ("**Plaintiff**" or "**ASTUTE**")

22

to redress violations of the federal Lanham Act for infringement of a federally registered

23

trademark (15 U.S.C. § 1114) and for false designation of origin (15 U.S.C. § 1125(a)), as well

24

as unfair competition, unfair business practices, and related common law claims as a result of

25
26

willful and unauthorized use by defendants SHOULDER INNOVATIONS, INC.

COMPLAINT – Page 1

BAILEY DUQUETTE P.C.
500 UNION STREET, SUITE 800
SEATTLE, WASHINGTON 98101
T 206.225.2250 | F 888.233.5869

("**SHOULDER**"), GENESIS INNOVATION GROUP, LLC ("**GIP**"), and GENESIS SOFTWARE INNOVATIONS, LLC ("**GSI**") (collectively, "**Defendants**").

2.      Specifically, ASTUTE is the owner of the PREVIEW mark, which ASTUTE and its predecessors in interest have developed and continuously used over the past three decades to generate substantial goodwill in certain medical-related software. However, from a time unknown to the present, Defendants have used and continue to use an identical or confusingly similar mark as ASTUTE to sell competing goods and services in the same marketplace and industry served by ASTUTE.

3.      Defendants' illegal conduct – which has continued despite demand to cease and desist – has caused and will continue to cause confusion in the marketplace and irreparable harm to ASTUTE unless enjoined.

## II.  PARTIES

4.      Plaintiff ASTUTE is a limited liability company duly organized and existing under the laws of the State of Delaware, with an office and principal place of business at 10123 NE 60th Street, Kirkland, WA 98033. The members of ASTUTE are (i) Wael Elseaidy, a resident of Washington State; (ii) Evert de Vries, a resident of Washington State; and (iii) Ehab Mahmoud, a resident of Cairo, Egypt.

5.      Upon information and belief, Defendant SHOULDER is a corporation organized and existing under the laws of the State of Delaware, with an office and principal place of business at 1535 Steele Avenue SW, Suite B, Grand Rapids, MI 49507.

6.      Upon information and belief, Defendant GIP is a limited liability company organized and existing under the laws of State of Delaware, with an office and principal place of business at 2851 Charlevoix Dr., Suite 327, Grand Rapids, MI 49546.

COMPLAINT – Page 2

BAILEY DUQUETTE P.C.
500 UNION STREET, SUITE 800
SEATTLE, WASHINGTON 98101
T 206.225.2250 | F 888.233.5869

7.      Upon information and belief, Defendant GSI is a limited liability company organized and existing under the laws of the State of Michigan, with an office and principal place of business at 2851 Charlevoix Dr., Suite 327, Grand Rapids, MI 49546.

8.      Upon information and belief, each of the defendants – SHOULDER, GIP and GSI – are interrelated medical device companies, with overlapping leadership and executive teams.

### III.   JURISDICTION AND VENUE

9.      This Court has subject matter jurisdiction over Plaintiff's complaint under U.S.C. § 1121 and 28 U.S.C. §§ 1331 & 1338(a), as Plaintiff's Complaint involves claims arising under the Lanham Act, 15 U.S.C. § 1114 and 15 U.S.C. § 1125.

10.      This Court has subject matter jurisdiction over ASTUTE's claims of unfair competition pursuant to 28 U.S.C. § 1338(b), which confers original jurisdiction in the United States district courts for any civil action asserting an unfair competition claim when joined with a substantial and related claim under the trademark laws. Further, pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over ASTUTE's related claims that arise under state statutory and common law and derive from a common nucleus of operative fact.

11.      This Court also has subject matter jurisdiction over this matter under 28 U.S.C. § 1332(a) because it involves citizens of different states and an amount in controversy that exceeds the sum of $75,000.00, exclusive of interest and costs.

12.      This Court has personal jurisdiction over Defendants. ASTUTE is informed and believes and thereupon alleges that (a) Defendants have either purposefully directed their activities toward Washington or purposely availed themselves of the privileges of conducting activities in this forum;  (b) ASTUTE's claims arise out of the Defendants' forum-related activities; and (c) the exercise of jurisdiction is reasonable. Defendants also knew or reasonably should have known that the conduct alleged in this Complaint would cause injury to ASTUTE

BAILEY DUQUETTE P.C.
500 UNION STREET, SUITE 800
SEATTLE, WASHINGTON 98101
T 206.225.2250 | F 888.233.5869

in the State of Washington because of Defendants' willful infringement of ASTUTE's PREVIEW mark as more fully set forth below .

13.     This Court is the proper venue under 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to ASTUTE's claims occurred, and continue to occur, in this judicial district. The damage to ASTUTE described herein takes place in this judicial district.

## IV.   FACTS COMMON TO ALL CLAIMS

### A.  About ASTUTE

14.     ASTUTE is a healthcare IT solutions company, providing software products that integrate data-driven, automated, and image-guided solutions for healthcare institutions and medical practitioners. As part of these products, ASTUTE offers an innovative suite of 3D medical imaging software for surgery planning and assistance (the "**ASTUTE Products and Services**").

15.     In furtherance of that business, ASTUTE, or its predecessors in interest, have sold and/or marketed the ASTUTE Products and Services in United States commerce under the PREVIEW mark (hereinafter, the "**PREVIEW Mark**") since at least as early as 1995.

### B.  ASTUTE'S Ownership and Continuous Use of the PREVIEW Mark

16.     ASTUTE owns all rights, title, and interest in and to the PREVIEW Mark. ASTUTE owns U.S. Trademark Registration Number No. 2,203,108 ("Reg. No. '108") for the PREVIEW Mark for the following goods and services:

- Classification 010 – *i.e.*, "computer hardware and computer software for providing medical imaging and data visualization of patient-specific anatomical structures, including computer models of such patient-specific anatomical structures and image-rendering software for generating views of such computer models;" and

COMPLAINT – Page 4

BAILEY DUQUETTE P.C.
500 UNION STREET, SUITE 800
SEATTLE, WASHINGTON 98101
T 206.225.2250 | F 888.233.5869

- Classification 042 – *i.e.*, "medically-related computer services in the nature of preparing computer models of patient-specific anatomical structures for others, and providing information via online services in the field of medical imaging and data visualization of patient-specific anatomical structures."

*See* **Exhibit A**.

17. ASTUTE also owns U.S. Trademark Application Serial No. 97/643,213 for the PREVIEW Mark for the following goods:

- Classification 009 – *i.e.*, "Downloadable computer software for presenting images, 3D rendered models, and medical animations; Downloadable computer software for pre-surgery planning using 3D rendered images and models; Downloadable computer software for the visualization, analysis, and simulation of anatomical structures; Downloadable computer software for gathering data regarding anatomical structures and for the rendering of related 3D computer models."

*See* **Exhibit B**.

18. ASTUTE's Reg. No. '108 for the PREVIEW Mark is in full force and effect and has, in fact, become incontestable under Section 15 of the Lanham Act (15 U.S.C. § 1065) and as a result, constitutes conclusive evidence of the validity of those marks, of the registration of those marks, of Plaintiff's ownership of those marks and of Plaintiff's exclusive nationwide right to use the marks on or in connection with the services for which they are registered (15 U.S.C. § 1115).

19. ASTUTE (inclusive of its predecessors in interest) have continuously and without interruption used the PREVIEW Mark in connection with its above-described products and services as introduced in commerce throughout the United States since at least as early as 1995.

20. Over the years, ASTUTE and its predecessor entities have expended significant time, effort, and resources in developing, marketing, promoting, and selling the

COMPLAINT – Page 5

BAILEY DUQUETTE P.C.
500 UNION STREET, SUITE 800
SEATTLE, WASHINGTON 98101
T 206.225.2250 | F 888.233.5869

products and services under the PREVIEW Mark, and in establishing the PREVIEW Mark as indicator of source, origin and quality for ASTUTE's products and services.

21.    ASTUTE has sold its products and services under its PREVIEW Mark in relevant trade channels, such as websites, social media sites, online professional services platforms, and specialized medical providers networks throughout the United States as well as on its own website, https://astuteimaging.com/ - and ASTUTE's products have, in aggregate, reached over 2,500 medical practitioners and over 1,000 medical institutions, and have been used in more than 300,000 studies regarding medical imaging.

22.    Due to the lengthy use of, significant investments in, and broad reach, ASTUTE's goods and services sold under the PREVIEW Mark have gained a reputation for exceptionally high-quality innovative software suite, hardware, services, and applications for 3D medical imaging surgical planning and assistance, and, in turn, the relevant purchasing public has rightly come to associate the mark PREVIEW with the products and services offered by ASTUTE in the marketplace. ASTUTE has vigorously protected the reputation and goodwill of its PREVIEW brand, including by maintaining the highest possible standards in its products and services.

23.    As a result, the PREVIEW Mark has become an asset of substantial value to ASTUTE and a symbol of its high-quality products and services.

**C. Defendants' Willful Infringement**

24.    As a federal trademark registration, Reg. No. '108 provides ASTUTE with the prima facie exclusive right to use the PREVIEW Mark in the United States for the class of goods and services at issue.

COMPLAINT – Page 6

25.     As a federal trademark registration, Reg. No. '108 constitutes prima facie evidence of the validity of the PREVIEW Mark.

26.     As a federal trademark registration, Reg. No. '108 constitutes prima facie evidence of the ownership of the PREVIEW Mark.

27.     As a federal trademark registration, Reg. No. '108 provides others with constructive notice of ASTUTE's rights in the PREVIEW Mark as of the filing of the application for registration.

28.     Notwithstanding the foregoing, Defendants have infringed on ASTUTE's rights by using, in interstate commerce and in connection with competitive products, an identical or similarly confusing mark as the PREVIEW Mark, without authorization or permission from ASTUTE.

29.     Specifically, Defendants, which are interrelated companies, have adopted the term "Preview" and used the confusingly similar mark PreView ™ to identify and market specific medical imaging software to the medical industry market, as evident from GSI's website at http://genesissoftwareinnovations.com.  Defendants' website and its materials are all available and accessible to all consumers, including consumers in Washington State.

30.     Upon information and belief, Defendants target and have targeted consumers, including medical practitioners who utilize imaging software for surgical planning and assistance, from Washington State.

31.     Upon information and belief, Defendants have sold and continue to sell their competing medical imaging products and services using the same relevant trade channels as ASTUTE, marketing to the same purchasing public as ASTUTE (namely, medical practitioners

COMPLAINT – Page 7

who utilize imaging software for surgical planning and assistance), without any relevant differentiation.

32.     By way of illustration, ASTUTE's use of its PREVIEW Mark is depicted on its website and elsewhere as follows:





BAILEY DUQUETTE P.C.
500 UNION STREET, SUITE 800
SEATTLE, WASHINGTON 98101
T 206.225.2250 | F 888.233.5869



33.     By comparison, Defendants use the exact term "PREVIEW" to market and promote their competing products and services, including as follows on the GSI website, which is in turn accessible from the SHOULDER and GIP websites:



BAILEY DUQUETTE P.C.
500 UNION STREET, SUITE 800
SEATTLE, WASHINGTON 98101
T 206.225.2250 | F 888.233.5869





34.     At all relevant times, Defendants' use of the PREVIEW Mark and/or other confusingly similar mark, as described herein, is likely to cause confusion, deception and/or mistake in the marketplace, the relevant industry, and all channels of trade for ASTUTE

COMPLAINT – Page 10

Products and Services. Among other things, Defendants' actions create the erroneous or misleading impression to the public that Defendants are the owners of the PREVIEW Mark or that their goods and services originate with or are authorized by ASTUTE, which they are not.

35.     Defendants have engaged in their infringing activity despite having actual knowledge of ASTUTE's rights over the PREVIEW Mark. Indeed, ASTUTE notified Defendants by letter dated December 9, 2022, about ASTUTE's ownership and use of the PREVIEW Mark, demanding that Defendants immediately and permanently cease and desist all uses of the mark in connection with the marketing and sale of their competitive products and services. Defendants have refused to do so.

36.     Upon information and belief, Defendants' actions, including their use of an identical or confusingly similar mark as the PREVIEW Mark, have damaged ASTUTE and, unless enjoined, will continue to damage ASTUTE and the public. Among other things, ASTUTE has lost control over and is being deprived of the benefit of its valuable goodwill based on the confusion and deception caused by Defendants' continuing actions.

37.     Defendants' unauthorized use of the PREVIEW Mark is also unjustly increasing the profits of Defendants' business to the detriment of ASTUTE and at no cost to Defendants.

## V.   CAUSES OF ACTION

### COUNT ONE
### Federal Trademark Infringement Under 15 U.S.C. § 1114

38.     Plaintiff incorporates by reference the allegations as set forth above.

39.     Defendants' use of the term "Preview" in connection with the sale and marketing of its products and services in the same marketplace and industry as ASTUTE has

BAILEY DUQUETTE P.C.
500 UNION STREET, SUITE 800
SEATTLE, WASHINGTON 98101
T 206.225.2250 | F 888.233.5869

caused and is likely to cause confusion and mistake and to deceive others into believing that Defendants' products and services are sponsored by, approved by, or affiliated with ASTUTE.

40.     Defendants' acts, as alleged herein, constitute infringement of ASTUTE's registered PREVIEW trademark under 15 U.S.C. § 1114(1).

41.     Upon information and belief, Defendants have advertised and offered their products and services for sale using the identical or a confusingly similar mark as the registered PREVIEW Mark with the intention of misleading, deceiving, or confusing consumers as to the origin of their goods and of trading on ASTUTE's reputation and goodwill.

42.     Defendants' conduct has been willful within the meaning of the Lanham Act. At a minimum, Defendants have acted with willful blindness to and in reckless disregard of ASTUTE's registered mark.

43.     For the harm caused, ASTUTE is entitled to recover damages, which include any and all profits Defendants have made as a result of their wrongful conduct. 15 U.S.C. § 1117(a).

44.     In addition, because Defendants' infringement of ASTUTE's registered mark was willful within the meaning of the Lanham Act, the award of actual damages and profits should be trebled pursuant to 15 U.S.C. § 1117(b).

45.     ASTUTE is also entitled to injunctive relief pursuant to 15 U.S.C. § 1116(a). ASTUTE has no adequate remedy at law for Defendants' wrongful conduct because, among other things, (a) the PREVIEW Mark is unique and valuable property which has no readily determinable market value, (b) Defendants' infringement constitutes harm to ASTUTE such that ASTUTE could not be made whole by any monetary award, (c) if Defendants' wrongful conduct is allowed to continue, the public is likely to become further confused, mistaken, or

COMPLAINT – Page 12

BAILEY DUQUETTE P.C.
500 UNION STREET, SUITE 800
SEATTLE, WASHINGTON 98101
T 206.225.2250 | F 888.233.5869

deceived as to the source, origin or authenticity of the infringing products and services, and/or (d) Defendants' wrongful conduct, and the resulting damage to ASTUTE, is continuing.

46.     ASTUTE is also entitled to recover its attorneys' fees and costs of suit. 15 U.S.C. § 1117.

## COUNT TWO

### Federal Unfair Competition
### Under 15 U.S.C. § 1125(a)

47.     Plaintiff incorporates by reference the allegations as set forth above.

48.     ASTUTE develops, markets, promotes, and sells its products and services under the PREVIEW Mark, which mark is the means by which ASTUTE's products and services are distinguished from the products and services of others in the same field or related fields.

49.     Because of ASTUTE's (inclusive of its predecessors in interest) long, continuous, and exclusive use of the PREVIEW Mark, the mark has come to mean, and is understood by customers to signify products and services of ASTUTE.

50.     By using, offering, advertising, marketing, or distributing their products and services under the "Preview" name in the same marketplace and industry as ASTUTE, Defendants' actions have caused or are likely to cause confusion, mistake, or deception as to their source, origin, or authenticity.

51.     Specifically, Defendants' use of an identical or confusingly similar variation of the PREVIEW Mark is likely to cause confusion, or to cause mistake or to deceive as to the affiliation, connection, or association of Defendants with ASTUTE or as to the origin,

COMPLAINT – Page 13

sponsorship, or approval of Defendants' goods and services by ASTUTE in violation of 15 U.S.C. § 1125(a)(1)(A).

52.     Upon information and belief, Defendants have engaged in the actions described herein with the willful purpose of misleading, deceiving, or confusing consumers as to the origin of their goods and of trading on ASTUTE's reputation and goodwill.

53.     Defendants' actions as described herein have damaged and will continue to damage ASTUTE in a manner that cannot be fully measured or compensated in economic terms and for which there is no adequate remedy at law. The actions of Defendants have damaged and, unless enjoined, will continue to damage ASTUTE's market, reputation, and goodwill.

54.     As a direct and proximate cause of Defendants' actions, ASTUTE has been damaged in an amount to be proven at trial.

## COUNT THREE

### Common Law Trademark Infringement

55.     Plaintiff incorporates by reference the allegations as set forth above.

56.     ASTUTE is the owner of all right and title to the PREVIEW Mark.  The PREVIEW Mark is an enforceable common law trademark.

57.     Defendants' use of an identical or confusingly similar variation of the PREVIEW Mark in association with a similar class of products and services in the same marketplace and industry as ASTUTE has caused or is likely to cause confusion, cause mistake, or deceive others into believing that Defendants' products and services are sponsored, approved by, or affiliated with ASTUTE.

58.     Defendants' acts, as described herein, constitute infringement of ASTUTE's trademark rights in violation of the common law of the State of Washington.

COMPLAINT – Page 14

59.     Defendants knew of ASTUTE's rights, and Defendants' trademark infringement has been and continues to be intentional, willful, and without regard to ASTUTE's rights.

60.     Defendants' actions as described herein have damaged and will continue to damage ASTUTE in a manner that cannot be fully measured or compensated in economic terms and for which there is no adequate remedy at law. The actions of Defendants have damaged and, unless enjoined, will continue to damage ASTUTE's market, reputation, and goodwill.

61.     As a direct and proximate cause of Defendants' actions, ASTUTE has been damaged in an amount to be proven at trial.

## COUNT FOUR

### Violation of the Washington Consumer Protection Act
### <u>Under RCW Chapter 19.86</u>

62.     Plaintiff incorporates by reference the allegations as set forth above.

63.     ASTUTE is the owner of all rights and title to the PREVIEW Mark.

64.     Defendants' actions, as described herein, constitute unfair or deceptive acts or practices in violation of RCW Chapter 19.86.020.

65.     Specifically, Defendants' use of an identical or confusingly similar variation of the PREVIEW Mark in association with a similar class of products and services in the same marketplace and industry as ASTUTE constitutes an unfair method of competition in business and an unfair trade practice in business, as well as fraudulent representations, which is damaging to the public interest in violation of the Washington Consumer Protection Act, RCW Chapter 19.86.020.

66.     Defendants' actions, as alleged herein, have damaged ASTUTE's business

COMPLAINT – Page 15

BAILEY DUQUETTE P.C.
500 UNION STREET, SUITE 800
SEATTLE, WASHINGTON 98101
T 206.225.2250 | F 888.233.5869

reputation and goodwill and have a tendency to or actually have caused ASTUTE to lose customers, and have unjustly enriched Defendants.

67.    Defendants' use and misappropriation of the PREVIEW Mark has been knowing, willful, and deliberate.

68.    Defendants' actions, as alleged herein, entitle ASTUTE to recover Defendants' profits, actual damages and costs of the action, reasonable attorney's fees, and treble damages pursuant to RCW Chapter 19.86.090.

69.    ASTUTE has been and will continue to be irreparably harmed and damaged by Defendants' conduct, and ASTUTE lacks an adequate remedy at law to compensate for this harm and damage.

70.    ASTUTE is informed and believes, and on that basis alleges, that Defendants gained profits by virtue of their infringement of the PREVIEW Mark.

71.    ASTUTE has sustained damages as a direct and proximate result of Defendants' infringement of the PREVIEW Mark.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Astute demands a trial by jury on all issues so triable in this present action.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for relief against Defendants as follows:

A.    That Defendants, their respective principals, partners, franchisees, licensees, agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with Defendants or in privity with Defendants, be preliminarily and permanently enjoined and restrained as follows:

COMPLAINT – Page 16

BAILEY DUQUETTE P.C.
500 UNION STREET, SUITE 800
SEATTLE, WASHINGTON 98101
T 206.225.2250 | F 888.233.5869

i.  using the PREVIEW mark or any term, mark, logo, words, phrases, symbols, or source designation of any kind on or in connection with Defendants' products or services that is a copy, reproduction, colorable imitation, or simulation of, or confusingly similar to the PREVIEW mark; and

ii. using the PREVIEW mark or any term, mark, logo, words, phrases, symbols, or source designation of any kind on or in connection with Defendants' products or services that would create a likelihood of confusion, mistake or deception or public misunderstanding that such products or services are produced or provided by ASTUTE, are sponsored by ASTUTE, or in any way authorized by ASTUTE;

B. Judgment that Defendants willfully violated ASTUTE's rights and, consequently, that Defendants be required to pay to ASTUTE damages according to proof, together with prejudgment interest thereon, that ASTUTE has sustained as a consequence of Defendants' wrongful acts, and to account for and return to ASTUTE any monies, profits, and advantages wrongfully gained by Defendants;

C. That Defendants be ordered to disgorge all profits attributable to its infringement of the PREVIEW Mark, in an amount to be determined at trial, and that such amount be trebled;

D. That Defendants be required to pay ASTUTE punitive and exemplary damages;

E. That ASTUTE recover its reasonable attorneys' fees under 15 U.S.C. § 1117, as this case is exceptional;

F. That ASTUTE recover its reasonable attorneys' fees as provided under RCW § 19.86.090;

COMPLAINT – Page 17

G.  That ASTUTE recover three times its actual damages sustained as provided in RCW § 19.86.090; and

H.  That ASTUTE be granted such other and further relief as this Court shall deem just, lawful, or equitable.

DATED:  July 20, 2023

BAILEY DUQUETTE P.C.

By  */s/ Hozaifa Y. Cassubhai*
    Hozaifa Y. Cassubhai, WSBA No. 39512
    William R. Burnside, WSBA No. 36002
    500 Union Street, Suite 800
    Seattle, Washington 98101
    Phone: 206.225.2250
    Email: hozaifa@baileyduquette.com
    will@baileyduquette.com

SEED IP LAW GROUP LLP

By  */s/ Syed M. Abedi*
    Syed M. Abedi, WSBA No. 46106
    701 Fifth Avenue, Suite 5400
    Seattle, Washington 98104
    Phone: 206.622.4900
    Email: syeda@seedip.com

*Attorneys for Plaintiff Astute Imaging, LLC*

COMPLAINT – Page 18

# EXHIBIT A

**Generated on:** This page was generated by TSDR on 2023-07-20 18:19:08 EDT

**Mark:** PREVIEW

PREVIEW

| | | |
|---|---|---|
| **US Serial Number:** 75061179 | | **Application Filing Date:** Feb. 22, 1996 |
| **US Registration Number:** 2203108 | | **Registration Date:** Nov. 10, 1998 |
| **Register:** Principal | | |
| **Mark Type:** Trademark, Service Mark | | |

**TM5 Common Status Descriptor:** 

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Mar. 31, 2020

**Publication Date:** Nov. 18, 1997  **Notice of Allowance Date:** Feb. 10, 1998

## Mark Information

**Mark Literal Elements:** PREVIEW

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** computer hardware and computer software for providing medical imaging and data visualization of patient-specific anatomical structures, including computer models of such patient-specific anatomical structures and image-rendering software for generating views of such computer models

| | |
|---|---|
| **International Class(es):** 010 - Primary Class | **U.S Class(es):** 026, 039, 044 |
| **Class Status:** ACTIVE | |
| **Basis:** 1(a) | |
| **First Use:** Sep. 1995 | **Use in Commerce:** Sep. 1995 |

**For:** medically-related computer services in the nature of preparing computer models of patient-specific anatomical structures for others, and providing information via on-line services in the field of medical imaging and data visualization of patient-specific anatomical structures

| | |
|---|---|
| **International Class(es):** 042 - Primary Class | **U.S Class(es):** 100, 101 |
| **Class Status:** ACTIVE | |
| **Basis:** 1(a) | |
| **First Use:** Sep. 1995 | **Use in Commerce:** Sep. 1995 |

## Basis Information (Case Level)

|  |  |  |  |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | ASTUTE IMAGING LLC |
| **Owner Address:** | 10123NE 60TH STREET<br>KIRKLAND, WASHINGTON UNITED STATES 98033 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized** | DELAWARE |

## Attorney/Correspondence Information

| Attorney of Record | | | |
|---|---|---|---|
| **Attorney Name:** | Syed M. Abedi | **Docket Number:** | 120317.201 |
| **Attorney Primary Email Address:** | USTM.Docketing@SeedIP.com | **Attorney Email Authorized:** | Yes |

| Correspondent | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Syed M. Abedi<br>Seed IP Law Group LLP<br>701 5th Avenue, Suite 5400<br>Seattle, WASHINGTON UNITED STATES 98104 | | |
| **Phone:** | 206.622.4900 | **Fax:** | 206.682.6031 |
| **Correspondent e-mail:** | USTM.Docketing@SeedIP.com | **Correspondent e-mail Authorized:** | Yes |

| Domestic Representative - Not Found |
|---|

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 19, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 19, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 19, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 19, 2023 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jul. 19, 2023 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| May 31, 2023 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Jun. 14, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Jun. 14, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 14, 2022 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Jun. 14, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 14, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 14, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Apr. 06, 2022 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Mar. 31, 2020 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Mar. 31, 2020 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 59136 |
| Mar. 31, 2020 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 59136 |
| Jun. 26, 2019 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Nov. 16, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 59136 |
| Nov. 09, 2018 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 10, 2017 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| May 12, 2017 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |

| | | |
|---|---|---|
| May 12, 2017 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 12, 2009 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 74886 |
| Feb. 12, 2009 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Nov. 24, 2008 | ASSIGNED TO PARALEGAL | 74886 |
| Nov. 12, 2008 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Nov. 07, 2008 | TEAS SECTION 8 & 9 RECEIVED | |
| Mar. 14, 2007 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| May 31, 2005 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| May 16, 2005 | RESPONSE RECEIVED TO POST REG. ACTION - SEC. 8 & 15 | |
| May 16, 2005 | PAPER RECEIVED | |
| May 12, 2005 | PAPER RECEIVED | |
| Nov. 23, 2004 | POST REGISTRATION ACTION MAILED - SEC. 8 & 15 | |
| Nov. 09, 2004 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Nov. 09, 2004 | TEAS SECTION 8 & 15 RECEIVED | |
| Nov. 10, 1998 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 11, 1998 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Sep. 04, 1998 | ASSIGNED TO EXAMINER | 72146 |
| Aug. 25, 1998 | STATEMENT OF USE PROCESSING COMPLETE | |
| Aug. 25, 1998 | SOU EXTENSION 1 GRANTED | |
| Aug. 10, 1998 | USE AMENDMENT FILED | |
| Aug. 10, 1998 | SOU EXTENSION 1 FILED | |
| Feb. 10, 1998 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Nov. 18, 1997 | PUBLISHED FOR OPPOSITION | |
| Oct. 17, 1997 | NOTICE OF PUBLICATION | |
| Sep. 18, 1997 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 09, 1997 | EXAMINER'S AMENDMENT MAILED | |
| Mar. 07, 1997 | FINAL REFUSAL MAILED | |
| Aug. 01, 1996 | NON-FINAL ACTION MAILED | |
| Jul. 29, 1996 | ASSIGNED TO EXAMINER | 72146 |
| Jul. 26, 1996 | ASSIGNED TO EXAMINER | 67443 |

## TM Staff and Location Information

| | |
|---|---|
| **TM Staff Information - None** | |
| **File Location** | |
| Current Location:  GENERIC WEB UPDATE | Date in Location:  Mar. 31, 2020 |

## Assignment Abstract Of Title Information

| | |
|---|---|
| **Summary** | |
| Total Assignments:  7 | Registrant:  Medical Media Systems, Inc. |

### Assignment 1 of 7

| | |
|---|---|
| Conveyance:  ASSIGNS THE ENTIRE INTEREST | |
| Reel/Frame:  1767/0538 | Pages:  30 |
| Date Recorded:  Jul. 28, 1998 | |
| Supporting Documents:  assignment-tm-1767-0538.pdf | |

| | |
|---|---|
| **Assignor** | |
| Name:  TOMSIE, TALI A. | Execution Date:  Jun. 17, 1998 |
| Legal Entity Type:  CHAPTER 7 TRUSTEES OF INTERACT MEDICAL TECHNOLOGIES CORPORATION | State or Country Where Organized:  No Place Where Organized Found |
| **Assignee** | |
| Name:  A-VIEW CORPORATION | |
| Legal Entity Type:  CORPORATION | State or Country Where Organized:  DELAWARE |

| | |
|---|---|
| **Address:** | 79 EAST WILDER ROAD<br>WEST LEBANON, NEW HAMPSHIRE 03774 |

| Correspondent | |
|---|---|
| **Correspondent Name:** | PANDISCIO & PANDISCIO |
| **Correspondent Address:** | MARK J. PANDISCIO<br>470 TOTTEN POND ROAD<br>WALTHAM, MA 02451 |

**Domestic Representative - Not Found**

## Assignment 2 of 7

| | | | |
|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST | | |
| **Reel/Frame:** | 2401/0005 | **Pages:** | 3 |
| **Date Recorded:** | Nov. 29, 2001 | | |
| **Supporting Documents:** | assignment-tm-2401-0005.pdf | | |

| Assignor | | | |
|---|---|---|---|
| **Name:** | MEDICAL MEDIA SYSTEMS, INC. | **Execution Date:** | Oct. 18, 2001 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | STATELESS |

| Assignee | | | |
|---|---|---|---|
| **Name:** | LEDYARD NATIONAL BANK | **State or Country Where Organized:** | No Place Where Organized Found |
| **Legal Entity Type:** | NATIONAL BANK | | |
| **Address:** | COMMERCIAL LENDING 38 SOUTH MAIN STREET<br>HANOVER, NEW HAMPSHIRE 03755 | | |

| Correspondent | |
|---|---|
| **Correspondent Name:** | COMMERCIAL LENDING LEDYARD NATIONAL BANK |
| **Correspondent Address:** | DANIEL C. YATES<br>38 SOUTH MAIN STREET<br>HANOVER, NH 03755 |

**Domestic Representative - Not Found**

## Assignment 3 of 7

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF NAME | | |
| **Reel/Frame:** | 3884/0282 | **Pages:** | 5 |
| **Date Recorded:** | Nov. 07, 2008 | | |
| **Supporting Documents:** | assignment-tm-3884-0282.pdf | | |

| Assignor | | | |
|---|---|---|---|
| **Name:** | MEDICAL METRX SOLUTIONS, INC. | **Execution Date:** | Jul. 26, 2006 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

| Assignee | | | |
|---|---|---|---|
| **Name:** | M2S, INC. | **State or Country Where Organized:** | DELAWARE |
| **Legal Entity Type:** | CORPORATION | | |
| **Address:** | 12 COMMERCE AVENUE<br>WEST LEBANON, NEW HAMPSHIRE 03784 | | |

| Correspondent | |
|---|---|
| **Correspondent Name:** | MARK J. PANDISCIO |
| **Correspondent Address:** | 470 TOTTEN POND ROAD<br>WALTHAM, MA 02451 |

**Domestic Representative - Not Found**

## Assignment 4 of 7

| | |
|---|---|
| **Conveyance:** | CHANGE OF NAME |
| **Reel/Frame:** | 3497/0921 |
| **Date Recorded:** | Mar. 06, 2007 |
| **Supporting Documents:** | assignment-tm-3497-0921.pdf |

**Pages:** 2

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | M2S, INC. | **Execution Date:** | Mar. 01, 2007 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | LEDYARD NATIONAL BANK | | |
| **Legal Entity Type:** | NATIONAL BANK | **State or Country Where Organized:** | No Place Where Organized Found |
| **Address:** | 38 SOUTH MAIN ST. COMMERCIAL LENDING HANOVER, NEW HAMPSHIRE 03755 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | MICHAEL SANDOE |
| **Correspondent Address:** | COMMERCIAL LENDING LEDYARD NATIONAL BANK 38 SOUTH MAIN ST. HANOVER, NH 03755 |

### Domestic Representative - Not Found

## Assignment 5 of 7

| | |
|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST |
| **Reel/Frame:** | 6671/0542 |
| **Date Recorded:** | Jun. 17, 2019 |
| **Supporting Documents:** | assignment-tm-6671-0542.pdf |

**Pages:** 3

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | LEDYARD NATIONAL BANK | **Execution Date:** | Jun. 17, 2019 |
| **Legal Entity Type:** | NATIONAL BANK | **State or Country Where Organized:** | UNITED STATES |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | M2S, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 12 COMMERCE AVE. WEST LEBANON, NEW HAMPSHIRE 03784 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | HAN SANTOS, PLLC |
| **Correspondent Address:** | 500 UNION ST., STE 800 SEATTLE, WA 98101 |

### Domestic Representative - Not Found

## Assignment 6 of 7

| | |
|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST |
| **Reel/Frame:** | 7655/0103 |
| **Date Recorded:** | Mar. 09, 2022 |
| **Supporting Documents:** | assignment-tm-7655-0103.pdf |

**Pages:** 8

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | M2S, INC. | **Execution Date:** | Aug. 06, 2021 |
| **Legal Entity Type:** | CORPORATION | **State or Country** | DELAWARE |

|  | Where Organized: |  |  |
|---|---|---|---|
| **Assignee** | | | |
| **Name:** | ASTUTE IMAGING LLC | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized** | DELAWARE |
| **Address:** | 10123NE 60TH STREET KIRKLAND, WASHINGTON 98033 | | |
| **Correspondent** | | | |
| **Correspondent Name:** | HAN SANTOS | | |
| **Correspondent Address:** | 5 SEATTLE, WA 98101 | | |
| **Domestic Representative - Not Found** | | | |

### Assignment 7 of 7

| | |
|---|---|
| **Conveyance:** | CORRECTIVE ASSIGNMENT TO CORRECT THE CORRESPONDENCE DATA PREVIOUSLY RECORDED AT REEL: 007655 FRAME: 0103. ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL. |
| **Reel/Frame:** | 8082/0491 | **Pages:** 10 |
| **Date Recorded:** | May 24, 2023 |
| **Supporting Documents:** | assignment-tm-8082-0491.pdf |

|  |  |  |  |
|---|---|---|---|
| **Assignor** | | | |
| **Name:** | M2S, INC. | **Execution Date:** | Aug. 06, 2021 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Assignee** | | | |
| **Name:** | ASTUTE IMAGING LLC | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 10123 NE 60TH STREET KIRKLAND, WASHINGTON 98033 | | |
| **Correspondent** | | | |
| **Correspondent Name:** | DOCKETING | | |
| **Correspondent Address:** | 500 UNION ST. SUITE 800 SEATTLE, WA 98101 | | |
| **Domestic Representative - Not Found** | | | |

EXHIBIT B

**Generated on:** This page was generated by TSDR on 2023-07-20 18:19:48 EDT

**Mark:** PREVIEW

PREVIEW

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97643213 | **Application Filing Date:** | Oct. 21, 2022 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** | | LIVE/APPLICATION/Under Examination | |

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** Review prior to publication completed.

**Status Date:** Jul. 05, 2023

**Publication Date:** Aug. 08, 2023

## Mark Information

**Mark Literal Elements:** PREVIEW

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:** 2203108

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer software for presenting images, 3D rendered models, and medical animations; Downloadable computer software for pre-surgery planning using 3D rendered images and models; Downloadable computer software for the visualization, analysis, and simulation of anatomical structures; Downloadable computer software for gathering data regarding anatomical structures and for the rendering of related 3D computer models

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Sep. 1995 | **Use in Commerce:** | Sep. 1995 |

## Basis Information (Case Level)

|  |  |  |  |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Astute Imaging LLC

**Owner Address:** 218 Main St #790
Kirkland, WASHINGTON UNITED STATES 98033

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** WASHINGTON

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Syed M. Abedi

**Docket Number:** 120317.204

**Attorney Primary Email Address:** USTM.Docketing@SeedIP.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Syed M. Abedi
Seed IP Law Group LLP
701 5th Avenue, Suite 5400
Seattle, WASHINGTON UNITED STATES 98104

**Phone:** 206.622.4900

**Fax:** 206.682.6031

**Correspondent e-mail:** USTM.Docketing@SeedIP.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 20, 2023 | TEAS POST PUBLICATION AMENDMENT RECEIVED | 1111 |
| Jul. 19, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 19, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 19, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 19, 2023 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jul. 19, 2023 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jul. 19, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 05, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 31, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | 96463 |
| May 31, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 96463 |
| May 31, 2023 | ASSIGNED TO LIE | 96463 |
| Feb. 15, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Feb. 14, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Feb. 14, 2023 | NON-FINAL ACTION E-MAILED | |
| Feb. 14, 2023 | NON-FINAL ACTION WRITTEN | 93002 |
| Feb. 07, 2023 | ASSIGNED TO EXAMINER | 93002 |
| Nov. 06, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Oct. 25, 2022 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information

**TM Attorney:** SIRIGNANO, EMMA MARIE

**Law Office Assigned:** LAW OFFICE 113

**File Location**

**Current Location:**  PUBLICATION AND ISSUE SECTION          **Date in Location:**  Jul. 05, 2023

JS 44   (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| ASTUTE IMAGING, LLC | SHOULDER INNOVATIONS, INC.; GENESIS INNOVATION GROUP, LLC; GENESIS SOFTWARE INNOVATIONS, LLC |

| **(b)**  County of Residence of First Listed Plaintiff   King County | County of Residence of First Listed Defendant |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*
BAILEY DUQUETTE P.C., 500 Union St., Ste. 800, Seattle, WA 98101, 206-225-2250; SEED IP LAW GROUP. 701 5th Ave. Ste. 5400, Seattle. WA 98104

Attorneys *(If Known)*

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1   U.S. Government Plaintiff
- ☒ 3   Federal Question *(U.S. Government Not a Party)*
- ☐ 2   U.S. Government Defendant
- ☐ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | | ☒ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1   Original Proceeding
- ☐ 2   Removed from State Court
- ☐ 3   Remanded from Appellate Court
- ☐ 4   Reinstated or Reopened
- ☐ 5   Transferred from Another District *(specify)*
- ☐ 6   Multidistrict Litigation - Transfer
- ☐ 8   Multidistrict Litigation - Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. § 1114 and 15 U.S.C. § 1125

Brief description of cause:
Infringement of a registered trademark (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a) of willful and unauthorized use

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| Jul 20, 2023 | /s/Syed M. Abedi |

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| ASTUTE IMAGING, LLC <br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>SHOULDER INNOVATIONS, INC.;<br>GENESIS INNOVATION GROUP, LLC;<br>GENESIS SOFTWARE INNOVATIONS, LLC<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   2:23-cv-01097

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SHOULDER INNOVATIONS, INC.
535 Steele Avenue SW, Suite B
Grand Rapids, MI 49507

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   BAILEY DUQUETTE P.C.
Hozaifa Y. Cassubhai, WSBA No. 39512; William R. Burnside, WSBA No. 36002
500 Union Street, Suite 800, Seattle, WA 98101
SEED IP LAW GROUP LLP
Syed M. Abedi, WSBA No. 46106
701 Fifth Avenue, Suite 5400, Seattle, WA 98104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:23-cv-01097

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| ASTUTE IMAGING, LLC | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| SHOULDER INNOVATIONS, INC.; | ) |
| GENESIS INNOVATION GROUP, LLC; | ) |
| GENESIS SOFTWARE INNOVATIONS, LLC | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.   2:23-cv-01097

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   GENESIS INNOVATION GROUP, LLC
2851 Charlevoix Dr., Suite 327
Grand Rapids, MI 49546

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   BAILEY DUQUETTE P.C.
Hozaifa Y. Cassubhai, WSBA No. 39512; William R. Burnside, WSBA No. 36002
500 Union Street, Suite 800, Seattle, WA 98101
SEED IP LAW GROUP LLP
Syed M. Abedi, WSBA No. 46106
701 Fifth Avenue, Suite 5400, Seattle, WA 98104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____          _____

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:23-cv-01097

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____                       _____
                                                          *Server's signature*

                                                  _____
                                                          *Printed name and title*


                                                  _____
                                                          *Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| ASTUTE IMAGING, LLC ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No.   2:23-cv-01097 |
| ) | |
| SHOULDER INNOVATIONS, INC.; ) | |
| GENESIS INNOVATION GROUP, LLC; ) | |
| GENESIS SOFTWARE INNOVATIONS, LLC ) | |
| ) | |
| _____ ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   GENESIS SOFTWARE INNOVATIONS, LLC
2851 Charlevoix Dr., Suite 327
Grand Rapids, MI 49546

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   BAILEY DUQUETTE P.C.
Hozaifa Y. Cassubhai, WSBA No. 39512; William R. Burnside, WSBA No. 36002
500 Union Street, Suite 800, Seattle, WA 98101
SEED IP LAW GROUP LLP
Syed M. Abedi, WSBA No. 46106
701 Fifth Avenue, Suite 5400, Seattle, WA 98104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:23-cv-01097

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _Western District of Washington, Seattle_ on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:23-cv-01097 | DATE FILED<br>7/20/2023 | U.S. DISTRICT COURT<br>Western District of Washington, Seattle | |
|---|---|---|---|
| PLAINTIFF<br><br>ASTUTE IMAGING, LLC | | DEFENDANT<br><br>SHOULDER INNOVATIONS, INC.;<br>GENESIS INNOVATION GROUP, LLC;<br>GENESIS SOFT | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2203108 | 11/10/1998 | ASTUTE IMAGING, LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**