

**OFFICE OF THE CLERK**
www.miwd.uscourts.gov

399 Federal Bldg.
110 Michigan St., NW
Grand Rapids, MI 49503
(616) 456–2381

330 Federal Bldg.
202 W. Washington St.
Marquette, MI 49855
(906) 226–2021

107 Federal Bldg.
410 W. Michigan Ave.
Kalamazoo, MI 49007
(269) 337–5706

113 Federal Bldg.
315 W. Allegan St.
Lansing, MI 48933
(517) 377–1559

Electronic Filing Help Desk
(616) 456–2206
(800) 290–2742
ecfhelp@miwd.uscourts.gov

November 15, 2023

William Burnside
Bailey Duquette PC
500 Union Street, Ste 800
Seattle, WA 98101

      RE:    ASTUTE IMAGING, LLC v. SHOULDER INNOVATION, INC., et al.
             Case No. 1:23–cv–01209–JMB–PJG   Hon. Jane M. Beckering

Dear Mr. Burnside:

In reviewing the roll of attorneys admitted to practice in this district, we are not able to locate your name. The following are requisites for an attorney to become a member of the bar in the Western District of Michigan:

- An upgraded, individual Public Access to Court Electronic Records (PACER) account
- A completed electronic Attorney Admission/E–File Registration and Attachment
- $240 fee

The application will be submitted to the Chief Judge, or designee, for review. If the application is granted, you will be added to the list of attorneys admitted to practice in this district, and will receive a certificate of admission.

The admission application is primarily electronic, centralized for the Federal Judiciary through PACER. A manuscript signed document is required as well. On this Court's website, under the For Attorneys tab, you will find detailed instructions regarding the admission steps as well as the required Attachment to Petition for Admission/E–Filing Registration form. The attachment form must be prepared and ready for upload before beginning the electronic process. Once you have completed and submitted the application through PACER, the Attorney Admissions Clerk will contact you with payment instructions. Note that the electronic process accepts payment by bank account (ACH), debit or credit card.

The Court expects you to seek admission as soon as practicable. If the admission process is not complete by December 13, 2023, the matter may be referred to Hon. Jane M. Beckering for further action.

If you have any questions, please contact the Court at any office.

                    Sincerely,

                    CLERK OF COURT

                    /s/  M. Garcia
                    Deputy Clerk