

**OFFICE OF THE CLERK**
www.miwd.uscourts.gov

399 Federal Bldg.
110 Michigan St., NW
Grand Rapids, MI 49503
(616) 456–2381

330 Federal Bldg.
202 W. Washington St.
Marquette, MI 49855
(906) 226–2021

107 Federal Bldg.
410 W. Michigan Ave.
Kalamazoo, MI 49007
(269) 337–5706

113 Federal Bldg.
315 W. Allegan St.
Lansing, MI 48933
(517) 377–1559

Electronic Filing Help Desk
(616) 456–2206
(800) 290–2742
ecfhelp@miwd.uscourts.gov

December 14, 2023

**SECOND NOTICE**

Abigail St. Hilaire
Ellis Li & McKinstry PLLC
1700 Seventh Ave., Ste. 1810
Seattle, WA 98101–1820

  RE: ASTUTE IMAGING, LLC v. SHOULDER INNOVATION, INC., et al.
     Case No. 1:23–cv–01209–JMB–PJG  Hon. Jane M. Beckering

Dear Ms. St. Hilaire:

Our records reveal that you have not sought admission to practice in this Court, despite receiving notification of the requirements. An application for admission is required for an attorney to practice in this Court. (See W.D. Mich. LGenR 2)  Your failure to seek admission to the bar of this Court will result in your being prohibited from proceeding in this case.

The admission application is primarily electronic, centralized for the Federal Judiciary through PACER. A manuscript signed document is required as well. On this Court's website, under the For Attorneys tab, you will find detailed instructions regarding the admission steps as well as the required Attachment to Petition for Admission/E–Filing Registration form. The attachment form must be prepared and ready for upload before beginning the electronic process. Once you have completed and submitted the application through PACER, the Attorney Admissions Clerk will contact you with payment instructions. Note that the electronic process accepts payment by bank account (ACH), debit or credit card.

**The Court expects you to seek admission without further delay.**  By copy of this letter, Hon. Jane M. Beckering is notified of your failure to seek admission.  If the admission process is not complete by January 11, 2024, Hon. Jane M. Beckering may instruct the Clerk to no longer serve you.

If you have any questions, please contact the Court at any office.

        Sincerely,

        CLERK OF COURT


         /s/  M. Clapp
        Deputy Clerk