**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| ASTUTE IMAGING, LLC, a Delaware limited liability company,<br><br>           Plaintiff,<br><br>     v.<br><br>SHOULDER INNOVATIONS, INC., a Delaware corporation; and GENESIS SOFTWARE INNOVATION, LLC, a Michigan limited liability company,<br><br>           Defendants. | Case No. 1:23-cv-01209-JMB-PJG<br><br>Hon. Jane M. Beckering<br>Magistrate Judge Phillip J. Green |

**INDEX OF EXHIBITS**

| **Exhibit Letter** | **Description** |
|---|---|
| A | U.S. Trademark Registration No. 2,203,108 |
| B | U.S. Trademark Application No. 97,643,213 |