# EXHIBIT B

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-12-18 17:21:42 EST |
| **Mark:** | PREVIEW |

# PREVIEW

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97643213 | **Application Filing Date:** | Oct. 21, 2022 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/APPLICATION/Published for Opposition<br><br>A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration. |
| **Status:** | A request for an extension of time to file an opposition has been filed with the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page. | | |
| **Status Date:** | Sep. 01, 2023 | | |
| **Publication Date:** | Aug. 08, 2023 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | PREVIEW |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 2203108 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Downloadable computer software for presenting images, 3D rendered models, and medical animations; Downloadable computer software for pre-surgery planning using 3D rendered images and models; Downloadable computer software for the visualization, analysis, and simulation of anatomical structures; Downloadable computer software for gathering data regarding anatomical structures and for the rendering of related 3D computer models | | |
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Sep. 1995 | **Use in Commerce:** | Sep. 1995 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Astute Imaging LLC |
| **Owner Address:** | 218 Main St #790<br>Kirkland, WASHINGTON UNITED STATES 98033 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Syed M. Abedi | **Docket Number:** | 120317.204 |
| **Attorney Primary Email Address:** | USTM.Docketing@SeedIP.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Syed M. Abedi<br>Seed IP Law Group LLP<br>701 5th Avenue, Suite 5400<br>Seattle, WASHINGTON UNITED STATES 98104 |
| **Phone:** 206.622.4900 | **Fax:** 206.682.6031 |
| **Correspondent e-mail:** USTM.Docketing@SeedIP.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 01, 2023 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Aug. 18, 2023 | CHANGES/CORRECTIONS AFTER PUB APPROVAL ENTERED | |
| Aug. 08, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 08, 2023 | PUBLISHED FOR OPPOSITION | |
| Aug. 01, 2023 | ASSIGNED TO PETITION STAFF | |
| Jul. 20, 2023 | TEAS POST PUBLICATION AMENDMENT RECEIVED | |
| Jul. 19, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 19, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 19, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 19, 2023 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jul. 19, 2023 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jul. 19, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 05, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 31, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| May 31, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| May 31, 2023 | ASSIGNED TO LIE | |
| Feb. 15, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Feb. 14, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Feb. 14, 2023 | NON-FINAL ACTION E-MAILED | |
| Feb. 14, 2023 | NON-FINAL ACTION WRITTEN | |
| Feb. 07, 2023 | ASSIGNED TO EXAMINER | |
| Nov. 06, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |

| Oct. 25, 2022 | NEW APPLICATION ENTERED |
|---|---|

## TM Staff and Location Information

| TM Staff Information | | | |
|---|---|---|---|
| **TM Attorney:** | SIRIGNANO, EMMA MARIE | **Law Office Assigned:** | LAW OFFICE 113 |
| **File Location** | | | |
| **Current Location:** | PETITIONS OFFICE | **Date in Location:** | Aug. 18, 2023 |

## Proceedings

| Summary | |
|---|---|
| **Number of Proceedings:** | 1 |

### Type of Proceeding: Extension of Time

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 97643213 | **Filing Date:** | Sep 01, 2023 |
| **Status:** | Extension of Time to Oppose Filed | **Status Date:** | Sep 01, 2023 |
| **Interlocutory Attorney:** | | | |

| Defendant | |
|---|---|
| **Name:** | Astute Imaging LLC |
| **Correspondent Address:** | SYED M. ABEDI<br>SEED IP LAW GROUP LLP<br>701 5TH AVENUE, SUITE 5400<br>SEATTLE WA UNITED STATES , 98104 |
| **Correspondent e-mail:** | ustm.docketing@seedip.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PREVIEW | | 97643213 | |

| Potential Opposer(s) | |
|---|---|
| **Name:** | Genesis Software Innovation, LLC |
| **Correspondent Address:** | ANTHONY BILLER<br>ENVISAGE LAW<br>2601 OBERLIN ROAD, SUITE 100<br>RALEIGH NC UNITED STATES , 27622 |
| **Correspondent e-mail:** | ajbiller@envisage.law , abowes@envisage.law , litigation@envisage.law , jharvill@envisage.law |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 4 | EXT GRANTED | Dec 05, 2023 | |
| 3 | FINAL 60-DAY REQUEST TO EXT TIME TO OPPOSE | Dec 04, 2023 | |
| 2 | EXT GRANTED | Sep 01, 2023 | |
| 1 | FIRST 90-DAY REQUEST TO EXT TIME TO OPPOSE | Sep 01, 2023 | |