UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASTUTE IMAGING, LLC,

    Plaintiff,

v.

SHOULDER INNOVATIONS, INC., et al.,

    Defendants.
_____/

Case No. 1:23-cv-1209

HON. JANE M. BECKERING

## ORDER TO STRIKE

On January 2, 2024, Defendants filed their Answer to the amended complaint with affirmative defenses and counterclaims (ECF No. 36).  Upon review of the Answer, the Court finds that Defendants failed to comply with W.D. Mich. LCivR 8.2, which requires a responsive pleading under FED. R. CIV. P. 8(b) to recite verbatim that paragraph of the pleading, or amended pleading, to which it is responsive, followed by the response.  For this reason, the Answer is stricken.  Accordingly:

**IT IS HEREBY ORDERED** that the Answer to the amended complaint with affirmative defenses and counterclaims (ECF No. 36) is STRICKEN.  Defendants shall file a corrected answer, complying with the court rules, <u>no later than seven (7) days from the date of this Order</u>.

Dated:  January 3, 2024

  /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge